**UNITED STATES DISTRICT COURT EASTERN DISTRICT OF TEXAS**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| *versus* | § | CRIMINAL ACTION NO. 9:23-CR-00025 |
| | § | |
| KENDRICK ANTON MARSHALL (3) | § | |

**ORDER ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

The Court referred a petition alleging violations of supervised release conditions to United States Magistrate Judge K. Nicole Mitchell for consideration pursuant to applicable laws and orders of this Court. The Court has received and considered the Report of the United States Magistrate Judge.

At the close of the September 4, 2026 revocation hearing, Defendant and defense counsel signed a standard form waiving the right to object to the proposed findings and recommendations contained in the United States Magistrate Judge's Report, consenting to revocation of supervised release, and consenting to the imposition of the sentence recommended in the Report. Counsel for the government orally waived the right to object to the Report. Defendant also waived his right to be present and speak before the District Judge imposes the recommended sentence. Therefore, the Court may act on the Report and Recommendation immediately.

The findings of fact and conclusions of law of the Magistrate Judge are correct and the Report of the Magistrate Judge is **ADOPTED**. It is therefore

**ORDERED** that Defendant's plea of true to Allegation 2 as set forth in the petition is **ACCEPTED**. Based upon Defendant's plea of true to Allegation 2 in the petition, the Court finds that Defendant violated the conditions of his supervised release. It is further

**ORDERED** that Kendrick Anton Marshall's supervised release is **REVOKED**. Judgment and commitment will be entered separately, in accordance with the Magistrate Judge's recommendations. It is finally

**ORDERED** that Defendant be committed to the custody of the Bureau of Prisons for a term of imprisonment of 6 months to be followed by a 6-month term of supervised release to be served in a halfway house. The Court recommends service of sentence at FCI Texarkana.

SIGNED at Beaumont, Texas, this 8th day of September, 2026.

Marcia A. Crone

MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE